**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01424-CV

### MARTIN PHILIP KOCH, Appellant

### V.

### BOXICON, LLC, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04678-2012**

## ORDER

The Court has before it appellee Boxicon, LLC's November 16, 2015, unopposed motion to amend its brief. We **GRANT** the motion. Any amended appellee's brief is due to be filed on or before November 20, 2015.

/s/    ROBERT M. FILLMORE
        PRESIDING JUSTICE